```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 22168
    ERIC LEMONT KNOX
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-2629


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 06/03/2005 and was confirmed 08/08/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors an estimated  83.63% from remaining funds.

      The case was paid in full 06/27/2008.
--------------------------------------------------------------------------
  CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
  CHASE MANHATTAN MORTGAGE  CURRENT MORTG   31101.83         .00         31101.83
  CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE    4720.36         .00          4720.36
  CITY OF CHICAGO WATER DE  SECURED           175.00        6.57           175.00
  CAPITAL ONE               UNSECURED OTH   1022.29          .00           854.90
  CHICAGO AREA OFFICE FED   UNSECURED       9700.52          .00          8112.74
  CHRIST HOSPITAL           UNSECURED      NOT FILED         .00              .00
  CHRIST HOSPITAL & MEDICA  NOTICE ONLY    NOT FILED         .00              .00
  CORPORATE AMERICA CREDIT  UNSECURED       1499.57          .00          1254.12
  HOUSEHOLD BANK            UNSECURED      NOT FILED         .00              .00
  MICHAEL REESE HOSPITAL    UNSECURED      NOT FILED         .00              .00
  MICHAEL REESE HOSPITAL    NOTICE ONLY    NOT FILED         .00              .00
  MICHAEL REESE HOSPITAL    NOTICE ONLY    NOT FILED         .00              .00
  MICHAEL REESE HOSPITAL    NOTICE ONLY    NOT FILED         .00              .00
  PEOPLES GAS LIGHT & COKE  UNSECURED          .00           .00              .00
  RUSH PRES ST LUKES MEDIC  UNSECURED      NOT FILED         .00              .00
  RUSH PRESBYTERIAN         NOTICE ONLY    NOT FILED         .00              .00
  RUSH PRESBYTERIAN ST LUK  NOTICE ONLY    NOT FILED         .00              .00
  SAFEWAY INC               UNSECURED      NOT FILED         .00              .00
  SAFEWAY                   NOTICE ONLY    NOT FILED         .00              .00
  SAFETY & FINANCIAL RESP   UNSECURED      NOT FILED         .00              .00
  PORTFOLIO RECOVERY ASSOC  UNSECURED       2366.26          .00          1978.95
  CAPITAL ONE               UNSECURED        596.10          .00           498.53
  UNITED COLLECTION BUREAU  UNSECURED        116.60          .00            97.51
  ECAST SETTLEMENT CORP     UNSECURED        325.52          .00           272.24
  ERNESTO D BORGES JR       DEBTOR ATTY    2,400.00                      2,400.00
  TOM VAUGHN                TRUSTEE                                      3,067.25
  DEBTOR REFUND             REFUND                                       1,570.40


         Summary of Receipts and Disbursements:
  --------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
  --------------------------------------------------------------------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 22168 ERIC LEMONT KNOX

```
TRUSTEE                                   56,110.40

PRIORITY                                                             .00
SECURED                                                        35,997.19
    INTEREST                                                        6.57
UNSECURED                                                      13,068.99
ADMINISTRATIVE                                                  2,400.00
TRUSTEE COMPENSATION                                            3,067.25
DEBTOR REFUND                                                   1,570.40
                                     ----------------    ----------------
TOTALS                                    56,110.40            56,110.40
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 09/25/08                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE









                          PAGE   2
          CASE NO. 05 B 22168 ERIC LEMONT KNOX